UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TARPEH KUGMEH,<br><br>             Petitioner,<br><br>   v.<br><br>B. BIRKHOLZ,<br><br>            Respondent. | Case No. 2:24-cv-05613-PA-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: April 11, 2025.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE