UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY TARPEH KUGMEH, | Case No. 2:24-cv-05613-PA-PD |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 11, 2025

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE